**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN K. BROWN, | Case No. 3:22-cv-00130-RCJ-CDS |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 11), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 11) is granted. Petitioner will have up to and including November 7, 2022, to file a First Amended Petition.

Dated: August 8, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT