# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAWN K. BROWN,

          Petitioner,

v.

WILLIAM GITTERE, et al.,

          Respondents.

Case No. 3:22-cv-00130-RCJ-CDS

**ORDER**

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 15), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 15) is granted. Petitioner will have up to and including April 7, 2023, to file a First Amended Petition.

Dated: February 7, 2023

                                              ROBERT C. JONES
                                              UNITED STATES DISTRICT COURT