# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAWN K. BROWN,

          Petitioner,

v.

WILLIAM GITTERE, et al.,

          Respondents.

Case No. 3:22-cv-00130-RCJ-CSD

**ORDER**

Petitioner having filed an unopposed motion for extension of time (seventh request) (ECF No. 23), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (seventh request) (ECF No. 23) is granted. Petitioner will have up to and including December 5, 2023, to file a First Amended Petition.

Dated: October 4, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT