# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAWN K. BROWN,

Petitioner,

v.

WILLIAM GITTERE, et al.,

Respondents.

Case No. 3:22-cv-00130-RCJ-CSD

**ORDER**

This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, Petitioner Shawn K. Brown has filed a "motion for withdrawal of attorney of record and request for records/court case documents." (ECF Nos. 25, 26.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Brown's filings are fugitive documents not properly before the court. Accordingly, they shall be stricken. However, because Brown appears to want to terminate his counsel of record and represent himself, the court instructs Rick Mula, Esq. to inform the court about any issues with his ongoing representation of Brown before December 5, 2023.

It is therefore ordered that Petitioner's *pro se* motions (ECF Nos. 25, 26) shall be stricken as fugitive documents.

It is further ordered that Rick Mula, Esq. inform the court about any issues with his ongoing representation of Brown on or before December 5, 2023.

Dated: October 23, 2023.

ROBERT C. JONES
UNITED STATES DISTRICT COURT