# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN K. BROWN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:22-cv-00130-RCJ-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (eighth request) (ECF No. 29), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (eighth request) (ECF No. 29) is granted. Petitioner will have up to and including February 3, 2024, to file a First Amended Petition.

Dated: December 5, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT