**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN K. BROWN,<br><br>  Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>  Respondents. | Case No. 3:22-cv-00130-RCJ-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 37), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 37) is granted. Respondents have up to and including May 27, 2024, to file their response to Petitioner Shawn K. Brown's First-Amended Petition.

Dated:  March 25, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT