# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>GITTERE, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time. (ECF No. 40 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 40) is granted. Respondents have up to and including July 12, 2024, to file their response to the first-amended petition.

DATED THIS 28th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE