UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>    Petitioner,<br>v.<br><br>GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time. (ECF No. 42 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 42) is granted. Respondents have up to and including August 12, 2024, to file their response to the first-amended petition.

DATED THIS 16th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE