# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHAWN K. BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed a motion for extension of time to file their exhibits in support of their motion to dismiss. (ECF No. 46 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 46) is granted. Respondents have up to and including September 11, 2024, to file their exhibits in support of their motion to dismiss.

DATED THIS 13th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE