UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN K. BROWN,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Petitioner Shawn K. Brown has filed an unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 48 ("Motion").) This is Brown's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 48) is granted. Brown has up to and including October 25, 2024, to file his opposition to the motion to dismiss.

DATED THIS 26th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE