UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN K. BROWN,<br><br>                   Petitioner,<br>v.<br><br>GITTERE, *et al.*,<br><br>                   Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Petitioner Shawn K. Brown has filed an unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 57 ("Motion").) This is Brown's second request for an extension of this deadline. In total, Brown is asking for over three months' extension to respond to the motion to dismiss. While the Court understands the need to receive exhibits from the Warden to prepare the response and that counsel has other commitments, the extension requested is substantial. For this reason, the Court will grant the Motion, but no further extension will be granted absent extraordinary circumstances.

It is therefore ordered that the Motion (ECF No. 57) is granted. Brown has up to and including January 8, 2025, to file his opposition to the motion to dismiss.

DATED THIS 25th Day of October 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE