UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>               Petitioner,<br>v.<br><br>GITTERE, *et al.*,<br><br>               Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Petitioner Shawn K. Brown has filed an unopposed motion for a 75-day extension of time to file his opposition to the motion to dismiss. (ECF No. 59 ("Motion").) This is Brown's third request for an extension of this deadline. In granting Brown's previous request for an extension of this deadline, the Court warned that "no further extension [would] be granted absent extraordinary circumstances." (ECF No. 58.) Brown's counsel explains that she was unable to meet the previous deadline due to her other obligations, work-related travel, the holidays, and an illness. (ECF No. 59.) The Court finds that these circumstances are not extraordinary. However, the Court will grant Brown a <u>final</u> 30-day extension.

It is therefore ordered that the Motion (ECF No. 59) is granted in part. Brown has up to and including February 7, 2025, to file his opposition to the motion to dismiss.

DATED THIS 13th Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE