UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>  Petitioner,<br>   v.<br><br>GITTERE, *et al.*,<br><br>  Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 31-day extension of time to file their reply to the motion to dismiss. (ECF No. 66 ("Motion").) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion, but it limits the extension to only 14 days to give the Court sufficient time to resolve the pending motion by the end of March.

It is therefore ordered that the Motion (ECF No. 66) is granted, in part. Respondents have up to and including February 28, 2025, to file their reply.

DATED THIS 14th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE