UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN K. BROWN,<br><br>Petitioner,<br>v.<br><br>GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 61-day extension of time to file their answer to the first-amended petition. (ECF No. 70 ("Motion").) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to the grant the Motion.

It is therefore ordered that the Motion (ECF No. 70) is granted. Respondents have up to and including June 30, 2025, to file their answer.

DATED THIS 30th Day of April 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE