UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>　　　　　　Petitioner,<br>　v.<br><br>GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 45-day extension of time to file their answer to the first-amended petition. (ECF No. 72 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to the grant the Motion.

It is therefore ordered that the Motion (ECF No. 72) is granted. Respondents have up to and including August 14, 2025 to file their answer.

DATED THIS 1st Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE