UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>                Petitioner,<br>    v.<br><br>GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 32-day extension of time to file their answer to the first-amended petition. (ECF No. 74 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 74) is granted. Respondents have up to and including September 15, 2025 to file their answer.

DATED THIS 14th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE