UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN K. BROWN,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 30-day extension of time to file their answer to the first-amended petition. (ECF No. 76 ("Motion").) This is Respondents' fourth request for an extension of this deadline. The Court finds that good cause exists to the grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 76) is granted. Respondents have up to and including October 16, 2025 to file their answer.

DATED THIS 16th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE