UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN K. BROWN,<br><br>　　　　　Petitioner,<br>　v.<br><br>GITTERE, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:22-cv-00130-MMD-CSD<br><br>ORDER |

　　　Petitioner Shawn Brown has filed an unopposed motion for a 60-day extension of time to file his reply to Respondents' answer to his first-amended petition. (ECF No. 79 ("Motion").) This is Brown's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 79) is granted. Brown has up to and including January 13, 2026 to file his reply.

　　　DATED THIS 13th Day of November 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE