UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHAWN K. BROWN,

Petitioner,

v.

GITTERE, *et al.*,

Respondents.

Case No. 3:22-cv-00130-MMD-CSD

ORDER

Petitioner Shawn Brown has filed an unopposed motion for a 35-day extension of time to file his reply to Respondents' answer to his first-amended petition. (ECF No. 81 ("Motion").) This is Brown's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 81) is granted. Brown has up to and including February 17, 2026 to file his reply.

DATED THIS 16th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE